JUDGE DANIELS

'08 CIV 5675

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONALD FRANGIPANI,

                Plaintiff,                **RULE 7.1 STATEMENT**

  -against-

HBO; BRYANT GUMBEL; RICK BERNSTEIN;        Case No.:
ROSS GRENBURG; KIRBY BRADLEY; ANDREW
BENNETT; JOE PERSKIE; TRES DRISCOLL; and
ARMEN KETEYLAN; COLLECTORS UNIVERSE
INC., d/b/a PSA/DNA AUTHENTICATION SERVICES;
JAMES J. SPENCE, LLC aka JAMES SPENCE
AUTHENTICATION; JAMES SPENCE, individually;
RICHARD SIMON SPORTS; and RICHARD SIMON,
individually,

                Defendants.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Courts to evaluate possible disqualification or recusal, the undersigned counsel for Donald Frangipani, Plaintiff, (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

NONE

_____                _____
6/23/08                                                              
DATE                                                    SIGNATURE OF ATTORNEY

                                                                Attorney Bar Code:  SS 7419