UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DONALD FRANGIPANI,<br><br>                **Plaintiff,**<br><br>   - against --<br><br>HBO, et al.,<br><br>                **Defendants.** | **ECF Case**<br><br>**Case No.: 08 CIV 5675 (GBD)**<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendants Home Box Office, Inc., Bryant Gumbel, Rick Bernstein, Ross Greenburg, Kirby Bradley, Joe Perskie, and Armen Keteyian.

I certify that I am admitted to practice in this court.

Dated:  New York, New York
      July 16, 2008

          Respectfully submitted,

          LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

          By:_____/s/ David A. Schulz_____
          David A. Schulz
          321 West 44th Street, Suite 510
          New York, NY 10036
          (212) 850-6100

          *Attorneys for Defendants Home Box Office, Inc.,*
          *Bryant Gumbel, Rick Bernstein, Ross Greenburg,*
          *Kirby Bradley, Joe Perskie, and Armen Keteyian*