UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD FRANGIPANI,<br><br>Plaintiff,<br><br>- against –<br><br>HBO, et al.,<br><br>Defendants. | ECF Case<br><br>Case No.: 08 CIV 5675 (GBD)<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Home Box Office, Inc. ("HBO") states that its ultimate parent is Time Warner Inc., a publicly-traded corporation. No other publicly held corporation owns 10% or more of HBO's stock.

Dated: New York, New York
       July 16, 2008

                                         Respectfully submitted,

                                         LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                         By:   /s/ David A. Schulz
                                         David A. Schulz
                                         321 West 44th Street, Suite 510
                                         New York, NY 10036
                                         (212) 850-6100

                                         *Attorneys for Defendants Home Box Office, Inc.,*
                                         *Bryant Gumbel, Rick Bernstein, Ross Greenburg,*
                                         *Kirby Bradley, Joe Perskie, and Armen Keteyian*