UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| DONALD FRANGIPANI, | : | ECF Case |
| Plaintiff, | : | |
| | : | No. 08 Civ. 5675 (GBD) |
| - against - | : | |
| | : | |
| HBO; BRYANT GUMBEL; RICK BERNSTEIN; ROSS GRENBURG; KIRBY BRADLEY; ANDREW BENNETT; JOE PERSKIE; TRES DRISCOLL; and ARMEN KETEYIAN; COLLECTORS UNIVERSE INC., d/b/a PSA/DNA AUTHENTICATION SERVICES; JAMES SPENCE AUTHENTICATION; JAMES SPENCE, individually; RICHARD SIMONE SPORTS; RICHARD SIMON, individually; | : | |
| Defendants. | : | |

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, Affidavit of Rolande Prince, and Declaration of Stephanie S. Abrutyn, Esq., defendants Home Box Office, Inc., Bryant Gumbel, Rick Bernstein, Ross Greenburg, Kirby Bradley, Joe Perskie and Armen Keteyian, by and through their undersigned counsel, hereby move to dismiss the Complaint or, in the alternative, for summary judgment.

PLEASE TAKE FURTHER NOTICE that any opposition to this Motion must be served and filed by July 28, 2008.

Dated: New York, New York
July 16, 2008

                                          Respectfully submitted,

                                          LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                          By:   /s/ David A. Schulz
                                                David A. Schulz
                                          321 West 44th Street, Suite 510
                                          New York, New York 10036
                                          (212) 850-6100

                                          *Attorneys for Defendants Home Box Office, Inc.,*
                                          *Bryant Gumbel, Rick Bernstein, Ross Greenburg,*
                                          *Kirby Bradley, Joe Perskie and Armen Keteyian*

TO:    Salvatore Strazzullo, Esq.
         100 Park Avenue, Suite 1600
         New York, NY 10017