UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD FRANGIPANI,<br><br>                    Plaintiff,<br><br>- against –<br><br>HBO, et al.,<br><br>                    Defendants. | ECF Case<br><br>Case No.: 08 CIV 5675 (GBD)<br><br>DECLARATION OF<br>STEPHANIE S. ABRUTYN |

STEPHANIE S. ABRUTYN declares as follows:

    1. I am Vice President and Senior Counsel, Litigation at Home Box Office, Inc. ("HBO"), and I submit this declaration in support of the motion by the HBO Defendants to dismiss the Complaint or for summary judgment.

    2. In this action, plaintiff advances a single claim of defamation against the HBO Defendants based on statements made in a report entitled "Forger's Paradise" that appeared on episode 106 of the HBO program, "Real Sports with Bryant Gumbel." A true and correct electronic copy of the challenged report is contained on the DVD annexed hereto as Exhibit 1 for the Court's reference. (The "Forger's Paradise" segment begins approximately one and a half minutes into the material from Episode 106 contained on Exhibit 1.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                           _____
                                                            Stephanie S. Abrutyn

**ABRUTYN EXHIBIT 1: REAL SPORTS EPISODE NO. 106**
**(Filed with Court)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD FRANGIPANI,

                    **Plaintiff,**

- against -

HBO; BRYANT GUMBEL; RICK BERNSTEIN;
ROSS GRENBURG; KIRBY BRADLEY; ANDREW
BENNETT; JOE PERSKIE; TRES DRISCOLL;
and ARMEN KETEYIAN; COLLECTORS
UNIVERSE INC., d/b/a PSA/DNA
AUTHENTICATION SERVICES; JAMES SPENCE
AUTHENTICATION; JAMES SPENCE,
individually; RICHARD SIMONE SPORTS;
RICHARD SIMON, individually;

                    **Defendants.**

ECF Case

No. 08 Civ. 5675 (GBD)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK     )
                                 ) SS.
COUNTY OF NEW YORK  )

    SCOTT BAILEY, being duly sworn, deposes and says as follows:

    1.    I am a legal assistant with the law firm of Levine Sullivan Koch & Schulz, L.L.P. I am not a party to this action, am over 18 years of age, and reside in Essex County, New Jersey.

    2.    On July 16, 2008, I served a true copy of Exhibit 1 to the Declaration of Stephanie S. Abrutyn by personally hand delivering same to:

{00135728;v1}

Salvatore Strazzullo, Esq.
100 Park Avenue, Suite 1600
New York, NY 10017.

_____
Scott Bailey

Subscribed and sworn to before me
this 16th day of July, 2008

_____
Notary Public

ALIA SMITH
Notary Public, State of New York
No. 02SM6100086
Qualified in New York County
Commission Expires Oct. 14, 2011

{00135728;v1}2