# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

## APPEARANCE

Case Number: 08-CV-5675

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

COLLECTORS UNIVERSE, INC., d/b/a PSA/DNA AUTHENTICATION SERVICES

I certify that I am admitted to practice in this court.

| 7/18/2008 | |
|---|---|
| Date | Signature |

Armen R. Vartian        AV4124
Print Name              Bar Number

805 Duncan Place
Address

Manhattan Beach    CA    90266
City               State  Zip Code

(310) 372-1355     (310) 372-1555