**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DONALD FRANGIPANI           Plaintiff, | Case No. 08-cv-5675 |
| -v- | **Rule 7.1 Statement** |
| HBO et al.                  Defendant. |  |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

COLLECTORS UNIVERSE, INC.           (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Professional Coin Grading Service, Inc.,
Collectors Finance Corporation,
Certified Asset Exchange, Inc.,
Gem Certification and Assurance Lab, Inc.,
Expos Unlimited, LLC
American Gemological Laboratories, Inc.,

**Date:** 7/18/2008

**Signature of Attorney**

**Attorney Bar Code:** AV4124