07/16/2008 WED 12:31  FAX 17182594494 Strazzullo                                         @002/003



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONALD FRANGIPANI

                Plaintiffs

-against-

HBO; BRYANT GUMBEL; RICK BERNSTEIN;
ROSS GRENBURG; KIRBY BRADLEY;
ANDREW BENNETT; JOE PERSKIE; TRES
DRISCOLL; ARMEN KETEYLAN;
COLLECTORS UNIVERSE, INC., d/b/a
PSA/DNA AUTHENTICATION SERVICES;
JAMES J. SPENCE, LLC a/k/a JAMES SPENCE
AUTHENTICATION; JAMES SPENCE individually
RICHARD SIMON SPORTS; and RICHARD
SIMON individually,

                Defendant.
------------------------------------------------------------x

Index: 08-cv-05675-GBD

STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE RESPOND
TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the plaintiff and the defendants James J. Spence, LLC a/k/a James Spence Authentication, James Spence, Richard Simon Sports, and Richard Simon (the "Defendants"), that the law firm of Nesenoff & Miltenberg, LLP, is hereby appearing as attorney for Defendants;

IT IS FURTHER STIPULATED AND AGREED Defendants' time to answer or otherwise respond to the complaint in this matter is extended to September 3, 2008; and

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures shall be deemed originals for the purpose of submitting this Stipulation.

Dated:     New York, New York
            July 15, 2008

**STRAZZULLO LAW FIRM**
Attorneys for Plaintiff

By: _____
Salvatore Strazzullo
100 Park Avenue, Ste 1600
New York, New York 10017
800.476.9993

**NESENOFF & MILTENBERG, LLP**
Attorneys for Defendants

By: _____
Andrew T. Miltenberg (AM7006)
363 Seventh Avenue, 5th Floor
New York, New York 10001
212.736.4500

_____
**HON. GEORGE B. DANIELS**
JUL 25 2008