UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD FRANGIPANI, | : ECF Case |
| Plaintiff, | : No. 08-Civ. 5675 (GBD) |
| vs. | : |
| HBO et al., | : |
| Defendants. | : |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendant Collectors Universe, Inc. ("CU"), by its attorney of record, hereby moves to dismiss the Complaint in this action.

PLEASE TAKE FURTHER NOTICE THAT pursuant to this Court's Local Rules, any opposition to this Motion must be served and filed by August 25, 2008.

Dated: August 8, 2008

Respectfully submitted,

Armen R. Vartian (AV4124)
LAW OFFICES OF ARMEN R. VARTIAN
Attorney for Defendant Collectors Universe, Inc.

To: All counsel of record

1