UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONALD FRANGIPANI,

                    Plaintiff,

    -against-

HBO, et al.,

                    Defendants.
------------------------------------------------------------x

08 Civ. 05675 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff's request for an extension of time until September 17, 2008, within which to respond to Defendant HBO's Motion for Summary Judgment is GRANTED.

Dated: New York, New York
         August 22, 2008

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge